UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: TIMOTHY A. BARNES
Hearing Date: 2/7/2019
Adversary No.:
Bankruptcy Case No.: 18-33957
Title of Case: In re: Juan M. Garcia

Brief Statement of Motion: Motion to Modify Chapter 13 Plan

Names and Addresses of moving counsel: David M. Siegel & Associates
790 Chaddick Dr
Wheeling, IL 60090

Representing: Juan M. Garcia, Debtor

## ORDER

The Debtor's Chapter 13 Plan is amended to include the following language in Section 2.3:

"On or before April 20th of the year following the filing of the case and each year thereafter, the Debtor shall submit a copy of the prior year's filed federal tax return to the Chapter 13 Trustee. The Debtor shall tender the amount of any tax refund received while the case is pending in excess of $1,200.00 to the Trustee. The tax refunds shall be treated as additional payments into the plan and must be submitted within 7 (seven) days of receipt of each such refunds by the Debtor."

6/11/99